COMMONWEALTH of Pennsylvania Acting by Attorney General Ernest D. PREATE, Jr., Appellant,

v.

Larry M. HESS, Mary E. Hess and Larry Hess Homes, Inc., et al., Appellees.

No. 61 Middle District Appeal Docket 1994.

Supreme Court of Pennsylvania.

Aug. 4, 1994.

### ORDER

PER CURIAM.

AND NOW, this 4th day of August, 1994, the appeal is hereby quashed.

MONTEMURO, J., is sitting by designation as Senior Justice pursuant to Judicial Assignment Docket No. 94 R1801 due to the unavailability of LARSEN, J., see No. 127 Judicial Administration Docket No. 1, filed October 28, 1993.

Paul T. SHERWOOD, Jean Sherwood and T.J. Sherwood, Respondents,

v.

BANKERS STANDARD INSURANCE COMPANY and State Farm Insurance Company, Petitioners.

Supreme Court of Pennsylvania.

Aug. 31, 1994.

Timothy J. Huber, Lebanon, for petitioner.

### ORDER

PER CURIAM:

AND NOW, this 31st day of August, 1994, the Petition for Allowance of Appeal in the above matter is granted. 424 Pa.Super. 13, 621 A.2d 1015. The order of the Superior Court is reversed. *See Paylor v. Hartford Ins. Co.*, 536 Pa. 583, 640 A.2d 1234 (1994).

MONTEMURO, J., is sitting by designation as Senior Justice pursuant to Judicial Assignment Docket No. 94 R1801, due to the unavailability of LARSEN, J., see No. 127 Judicial Administration Docket No. 1, filed October 28, 1993.

The FRATERNAL ORDER OF POLICE, Petitioner,

v.

PENNSYLVANIA STATE POLICE, Respondent.

Supreme Court of Pennsylvania.

Sept. 6, 1994.

Anthony C. Busillo, II, Harrisburg, for petitioner.

### ORDER

PER CURIAM.

AND NOW, this 6th day of September, 1994, disposition of the Petition for Allowance of Appeal in the above-referenced matter is RESERVED pending this Court's decisions in *Pennsylvania State Police v. Pennsylvania State Troopers Association (Betancourt)*, No. 55 Middle District Appeal Docket 1994, *Pennsylvania State Police v. Pennsylvania State Troopers Association (Gibson)*, No. 56 Middle District Appeal Docket 1994 and *The Fraternal Order of Police (DiRaimo) v. Pennsylvania State Police*, No. 57 Middle District Appeal Docket 1994.

MONTEMURO, J., is sitting by designation as Senior Justice pursuant to

Judicial Assignment Docket No. 94 R1801, due to the unavailability of LARSEN, J., see No. 127 Judicial Administration Docket No. 1, filed October 28, 1993.